UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY GRECO,

    Plaintiff,                                      No. 12-12212

v.                                               District Judge Denise Page Hood
                                                      Magistrate Judge R. Steven Whalen

LIVINGSTON COUNTY, ET AL.,

    Defendants.
_____/

**SUPPLEMENTAL ORDER RE: MOTION TO COMPEL [DOC. #22]**

On July 16, 2013, the Court entered an order granting in part and denying in part Plaintiff's motion to compel discovery [Doc. #22]. The Court also took part of the motion under advisement, as follows:

> In addition, Request to Produce #4 , directed at Deputy Clayton, is TAKEN UNDER ADVISEMENT.  Plaintiff seeks internal affairs investigations of Deputy Clayton. Within 14 days of the date of this Order, Defendants will provide any such investigations involving claims of excessive force or use or training of dogs to the Court for *in camera* inspection. [Order, Doc. #33].

The Court has now had the opportunity to conduct the *in camera* review of the documents relating to Deputy Clayton, and finds that they are irrelevant to any issue in this case.

Accordingly, Plaintiff's motion to produce said documents is DENIED.

      IT IS SO ORDERED.

Dated: August 12, 2013                      s/ R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 13, 2013, electronically and/or by U.S. mail.

                                            s/Michael Williams  
                                            Case Manager for the  
                                            Honorable R. Steven Whalen